1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9               WESTERN DIVISION
10

11 | MICHAEL LUCAS,                ) No. CV 10-00888-VAP (VBK)
                                   )
12 |          Petitioner,           ) ORDER (1) ACCEPTING AND ADOPTING
                                   ) THE REPORT AND RECOMMENDATION OF
13 |    v.                          ) THE UNITED STATES MAGISTRATE
                                   ) JUDGE, AND (2) DISMISSING THE
14 | J. SALAZAR,                    ) PETITION FOR WRIT OF HABEAS
                                   ) CORPUS
15 |          Respondent.           )
                                   )
16

17      Pursuant to 28 U.S.C. §636, the Court has made a _de_ _novo_ review
18 of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's
19 Answer, Petitioner's Traverse, all of the records herein and the
20 Report and Recommendation of the United States Magistrate Judge
21 ("Report").
22 //
23 //
24 //
25 //
26 //
27 //
28 //

//

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) the Court declines to issue a Certificate of Appealability ("COA");[1] (3) Judgment be entered dismissing as abusive Petitioner's claims in Grounds One, Four, Five, Six, Eight and Nine concerning Petitioner's plea agreement; dismissing as abusive Petitioner's claim in Ground Seven concerning ineffective assistance of trial counsel regarding Petitioner's plea agreement, without prejudice to Petitioner's right to apply to the Ninth Circuit Court of Appeals for leave to proceed in this Court on this claim; and dismissing Petitioner's claims in Grounds Two, Three, Four, and Nine concerning alleged Due Process violations at Petitioner's November 6, 2008 parole hearing before the Board and the denial of Petitioner's parole as without merit; and (4) denying and dismissing the Petition.

DATED: March 31, 2011

Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a habeas petitioner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029 (2003). After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.