JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL LUCAS,<br>Petitioner,<br>v.<br>J. SALAZAR,<br>Respondent. | No. CV 10-00888-VAP (VBK)<br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 31, 2011

Virginia A. Phillips

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE